# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                               Case No. 07-CR-73

CHARLES T. MC INTOSH,

        Defendant.

---

**ORDER DENYING WAIVER OF TRANSCRIPT FEES**

---

Defendant Charles T. Mc Intosh, entered a plea of guilty to one count of Conspiracy to Distribute a Controlled Substance and on August 31, 2007, he was sentenced to two hundred sixteen months imprisonment. The court also imposed a ten-year term of supervised release. Judgment was entered on September 7, 2007, and defendant has not filed an appeal. On January 22, 2008, defendant filed an unsigned "Application to Proceed In Forma Pauperis" indicating that he was a "movant requesting production of transcripts." On January 22, 2008, the Clerk of Court forwarded a letter response which stated:

> No separate motion has been received from you which advises the court as to what hearings you are seeking to have transcribed and for what purpose you would need these hearings transcribed. Please provide the court with this additional information within 21 days of the date of this letter.

The requested time for a response has expired and no response has been received from the defendant setting out specifically which transcripts he seeks and the intended purpose for which he would require each transcript.

For the above reasons, defendant's request that this court waive transcript fees is hereby **DENIED** without prejudice as premature.

**SO ORDERED** this ___3rd___ day of March, 2008.


_s/ William C. Griesbach_____
William C. Griesbach
United States District Judge

2